IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| FREDERICK MAURICE ASHMORE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 3:21-CV-422-RAH |
| MEREDITH ELIZABETH SMITH, | ) ) ) | |
| Defendant. | ) | |

## **O R D E R**

This case is before the Court on a Recommendation of the Magistrate Judge entered on February 25, 2022. (Doc. 5.) The Magistrate Judge recommended that this case be dismissed without prejudice prior to service of process due to lack of jurisdiction. (*Id.*) Plaintiff's objections were due by March 11, 2022. (*Id.* at 2.) Plaintiff has not filed objections to the Recommendation. Accordingly, there being no timely objections filed to the Recommendation, and after an independent review of the file, it is

ORDERED as follows:

(1) The Recommendation (Doc. 5) is ADOPTED;

(2) This case is DISMISSED without prejudice prior to service of process.

Final Judgment will be entered separately.

DONE, on this the 6th day of June, 2022.

                                            /s/ R. Austin Huffaker, Jr.
                                  R. AUSTIN HUFFAKER, JR.
                                  UNITED STATES DISTRICT JUDGE